**Norma Lizeth Lopez OYUELA,**
**Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney**
**General, Respondent.**

No. 09–73724.

United States Court of Appeals,
Ninth Circuit.

Submitted March 9, 2010.*

Filed March 15, 2011.

Norma Lizeth Lopez Oyuela, Los Angeles, CA, pro se.

Oil, Yanal H. Yousef, Trial, Jamie M. Dowd, Esquire, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel

Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: FARRIS, LEAVY, and BYBEE, Circuit Judges.

MEMORANDUM **

Norma Lizeth Lopez–Oyuela, a native and citizen of Honduras, petitions pro se for review of the Board of Immigration Appeals' dismissal of her appeal from the immigration judge's denial of her applications for asylum, withholding of removal, and relief under the Convention Against Torture.

Lopez–Oyuela contends that the BIA erred in denying her applications for relief because she suffered past persecution, and she fears future persecution, due to her political opinions in support of a minority political party in Honduras. Lopez–Oyuela failed to raise her claim of persecution based on her political opinion before the BIA, and therefore she has failed to administratively exhaust the only claim that she raises before this court. *See Barron v. Ashcroft,* 358 F.3d 674, 677–78 (9th Cir. 2004).

**PETITION FOR REVIEW DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.